State v. Rees . . . . . . . . . . . . . . . . . . . . . 26470    06/17/2005  Denied    107 Hawai‘i 508, 115 P.3d 687